FILED

JUL 07 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD MARTIN,<br><br>    Defendant. | CRIMINAL NO. W16-699M<br><br>**INFORMATION**<br>[Count One: 18 U.S.C. §§ 7(3) & 13 and T.P.C. § 49.04(a) – Driving While Intoxicated] |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. §§ 7(3) & 13 and T.P.C. § 49.04(a)]

On or about June 12, 2016, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

RICHARD MARTIN

did operate a motor vehicle in a public place while intoxicated, in violation of Section 49.04(a) of the Texas Penal Code and Title 18, United States Code, Sections 7(3) & 13.

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
J. PATRICK ROBINSON
Special Assistant U. S. Attorney