IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
JUL 27 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | Case No. WA:16-M-00699(1) |
| (1) RICHARD MARTIN | § | |

## WAIVER OF RIGHTS AND CONSENT TO PROCEED BY VIDEO CONFERENCE

I, (1) RICHARD MARTIN, the above named defendant, who is accused of violation(s) of <u>Title 18 United States Code Section 13 & Texas Penal Code §49.04 - Driving While Intoxicated,</u> being advised of the nature of the charges against me, hereby voluntarily waive any and all rights I may have pursuant to the Confrontation Clause of the Sixth Amendment to the United States Constitution and pursuant to Fed.R.Crim. P. 43 and consent to proceed by video conference in the

(X)  initial appearance

( )  _____

Executed this 07/27/2016.

_____
Defendant

_____
Counsel for Defendant

_____
JEFFREY C. MANSKE
United States Magistrate Judge