# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs.<br><br>(1) RICHARD MARTIN<br>*Defendant* | §<br>§<br>§<br>§ Case Number: WA:16-M-00699(1)<br>§<br>§ |

## JUDGMENT IN A CRIMINAL CASE
**(For Offenses Committed On or After November 1, 1987)**

The defendant, (1) RICHARD MARTIN, appeared with counsel, John H. McLeod.

The defendant pled guilty to Count 1 of the Information on 08/12/2016. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 18 USC 13 & Texas Penal Code §49.04(a) | Driving While Intoxicated | June 12, 2016 | 1 |

As pronounced on 08/12/2016, the defendant is sentenced as provided below. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $10.00 and a fine of $100.00. Said special assessment and fine shall be made to the Clerk, U.S. District Court, 800 Franklin Avenue, Room 380, Waco, Texas 76701.

It is further Ordered that the defendant, (1) RICHARD MARTIN, serve a 3 DAY term of confinement with credit for time served on the date of arrest. The defendant is immediately remanded to the custody of the U.S. Marshal.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 15th day of August, 2016

_____
DENNIS G. GREEN
U.S. MAGISTRATE JUDGE